UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>DOES 1-10,<br><br>          Defendants. | Civil Action No. 2:14-cv-01153<br><br>PLAINTIFF'S NOTICE OF RELATED CASES |

Pursuant to LCR 3(f), Plaintiff Dallas Buyers Club, LLC hereby notifies the Court of *Elf-Man, LLC v. Kimmerling et al.*, Case No. 13-cv-507RSL and *The Thompsons Film, LLC v. Banks et al.*, Case No. 13-cv-560RSL, recently terminated cases in this jurisdiction which, while not involving the same parties, property, transaction or event, similarly involve assertion of BitTorrent copyright infringement. Out of an exercise of caution, Plaintiff alerts the Court to the possibility of duplication of labor or expense or potential for conflicting results if the cases are conducted before different judges.

RESPECTFULLY SUBMITTED this 30th day of July, 2014.

                                             s/David A. Lowe, WSBA No. 24,453
                                              Lowe@LoweGrahamJones.com
                                             LOWE GRAHAM JONES<sup>PLLC</sup>
                                             701 Fifth Avenue, Suite 4800
                                             Seattle, WA 98104
                                             T: 206.381.3300

                                          Attorneys for Plaintiff Dallas Buyers Club, LLC

LCR 3(f) NOTICE OF RELATED CASES
Civil Action No. 2:14-cv-01153
INIP-6-0006P01 NOTICE_3(f)

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301