UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>DOES 1-10,<br><br>  Defendants. | Civil Action No. 2:14-cv-01153<br><br>PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS |

Pursuant to LCR 3(g), Plaintiff Dallas Buyers Club, LLC hereby notifies the Court of the pending actions listed in attached Exhibit A. Like the present case, these actions seek recovery for copyright infringement by various Doe Defendants for their use of BitTorrent to illegally copy and distribute Plaintiff's *Dallas Buyers Club* motion picture. These actions are asserted by the same Plaintiff against different groups of Defendants. Because the claims asserted in these two actions are substantially similar or identical, coordination between the actions might avoid conflicts, conserve resources and promote a determination of this action. Transfer should not be effected pursuant to 28 U.S.C. § 1407 (Multi-district Litigation Procedures) because such a transfer would neither be convenient for the parties and witnesses nor would it promote the just and efficient conduct of these actions.

RESPECTFULLY SUBMITTED this 30th day of July, 2014.

s/David A. Lowe, WSBA No. 24,453<br>
Lowe@LoweGrahamJones.com<br>
LOWE GRAHAM JONES<sup>PLLC</sup><br>
701 Fifth Avenue, Suite 4800<br>
Seattle, WA 98104<br>
T: 206.381.3300<br><br>
Attorneys for Plaintiff Dallas Buyers Club, LLC

LCR 3(g) NOTICE OF OTHER ACTIONS
Civil Action No. 2:14-cv-01153
INIP-6-0006P01 NOTICE_3(g)

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301