# EXHIBIT A

| Title of Case | Case No. | Court |
|---|---|---|
| Dallas Buyers Club, LLC v. John Doe 1-17 | 1:2014-cv-01267 | codce |
| Dallas Buyers Club, LLC v. John Does 1 - 20 | 1:2014-cv-01398 | codce |
| Dallas Buyers Club, LLC v. Doe 1 et al | 1:2014-cv-01469 | codce |
| Dallas Buyers Club, LLC v. Doe 1 et al | 1:2014-cv-01539 | codce |
| Dallas Buyers Club, LLC v. Does 1-14 | 1:2014-cv-01629 | codce |
| Dallas Buyers Club, LLC v. John Does 1 - 20 | 1:2014-cv-01773 | codce |
| Dallas Buyers Club, LLC v. Doe 1 et al | 1:2014-cv-01945 | codce |
| Dallas Buyers Club, LLC v. Doe 1 et al | 1:2014-cv-01989 | codce |
| Dallas Buyers Club, LLC. v. Doe 30 | 8:2014-cv-01148 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 28 | 8:2014-cv-01147 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 5 | 8:2014-cv-01145 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 8 | 8:2014-cv-01146 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 8 | 8:2014-cv-01352 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 30 | 8:2014-cv-01351 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 20 | 8:2014-cv-01353 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 8 | 8:2014-cv-01354 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 6 | 8:2014-cv-01355 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 2 | 6:2014-cv-01010 | flmdce |
| Dallas Buyers Club, LLC v. Doe 1 | 6:2014-cv-01012 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 6 | 6:2014-cv-01011 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 6 | 6:2014-cv-01013 | flmdce |
| Dallas Buyers Club, LLC. v. Doe 8 | 6:2014-cv-01014 | flmdce |
| Dallas Buyers Club, LLC v. Doe 1-20 | 1:2014-cv-00330 | hidce |
| Dallas Buyers Club, LLC v. Does 1-22 | 1:2014-cv-00331 | hidce |
| Dallas Buyers Club, LLC v. Does 1-41 | 1:2014-cv-04933 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-48 | 1:2014-cv-03083 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-20 | 1:2014-cv-03085 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-40 | 1:2014-cv-03087 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-27 | 1:2014-cv-03504 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-32 | 1:2014-cv-03511 | ilndce |
| Dallas Buyers Club, LLC v. DOES 1-24 | 1:2014-cv-03521 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-19 | 1:2014-cv-03522 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-55 | 1:2014-cv-01638 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-52 | 1:2014-cv-01639 | ilndce |
| Dallas Buyers Club, LLC v. DOES 1-39 | 1:2014-cv-02153 | ilndce |
| Dallas Buyers Club, LLC v. DOES 1-41 | 1:2014-cv-02156 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-39 | 1:2014-cv-02158 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-36 | 1:2014-cv-02162 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-45 | 1:2014-cv-02163 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-49 | 1:2014-cv-04012 | ilndce |
| Dallas Buyers Club, LLC v. Does | 1:2014-cv-04924 | ilndce |
| Dallas Buyers Club, LLC v. Does | 1:2014-cv-04934 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-43 | 1:2014-cv-04936 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-21 | 1:2014-cv-05629 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-25 | 1:2014-cv-05632 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-28 | 1:2014-cv-05633 | ilndce |

| Title of Case | Case No. | Court |
|---|---|---|
| Dallas Buyers Club, LLC v. Does 1-34 | 1:2014-cv-02165 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-46 | 1:2014-cv-02168 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-37 | 1:2014-cv-02169 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-42 | 1:2014-cv-02302 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-55 | 1:2014-cv-02303 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-25 | 1:2014-cv-03080 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-31 | 1:2014-cv-03082 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-30 | 1:2014-cv-05634 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-35 | 1:2014-cv-05636 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-38 | 1:2014-cv-05639 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-40 | 1:2014-cv-05640 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-45 | 1:2014-cv-05643 | ilndce |
| Dallas Buyers Club, LLC.  v. Does 1-25 | 1:2014-cv-03517 | ilndce |
| Dallas Buyers Club, LLC. v. Does 1-31 | 1:2014-cv-03997 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-30 | 1:2014-cv-04000 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-32 | 1:2014-cv-04002 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-33 | 1:2014-cv-04004 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-36 | 1:2014-cv-04006 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-38 | 1:2014-cv-04008 | ilndce |
| DALLAS Buyers Club, LLC v. Does 1-45 | 1:2014-cv-04010 | ilndce |
| Dallas Buyers Club, LLC. v. Does 1-28 | 1:2014-cv-04927 | ilndce |
| Dallas Buyers Club, LLC. v. Does 1-38 | 1:2014-cv-04929 | ilndce |
| Dallas Buyers Club, LLC. v. Does 1-44 | 1:2014-cv-04937 | ilndce |
| Dallas Buyers Club, LLC v. Does 1-44 | 1:2014-cv-04940 | ilndce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-16 | 1:2014-cv-01141 | insdce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-20 | 1:2014-cv-01142 | insdce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-20 | 1:2014-cv-01144 | insdce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-24 | 1:2014-cv-01145 | insdce |
| Dallas Buyers Club, LLC v. Does 1-15 | 2:2014-cv-11655 | miedce |
| Dallas Buyers Club, LLC v. JOHN DOES 1-18 | 2:2014-cv-12594 | miedce |
| DALLAS BUYERS CLUB, LLC v. JOHN DOES 1-20 | 2:2014-cv-12595 | miedce |
| DALLAS BUYERS CLUB, LLC v. JOHN DOES 1-21 | 2:2014-cv-12598 | miedce |
| DALLAS BUYERS CLUB, LLC v. JOHN DOES 1-21 | 4:2014-cv-12600 | miedce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-11 | 2:2014-cv-12846 | miedce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-14 | 2:2014-cv-12847 | miedce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-14 | 2:2014-cv-12848 | miedce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-15 | 1:2014-cv-12849 | miedce |
| DALLAS BUYERS CLUB, LLC v. DOES 1-20 | 2:2014-cv-12850 | miedce |
| Dalla Buyer Club, LLC v. JOHN DOES 1-17 | 4:2014-cv-12596 | miedce |
| Dallas Buyers Club, LLC v. Does 1-11 | 4:2014-cv-11649 | miedce |
| Dallas Buyers Club, LLC v. Does 1-12 | 2:2014-cv-11650 | miedce |
| Dallas Buyers Club, LLC v. Does 1-14 | 2:2014-cv-11652 | miedce |
| Dallas Buyers Club, LLC v. Does 1-15 | 2:2014-cv-11653 | miedce |
| Dallas Buyers Club, LLC v. Unknown Party | 1:2014-cv-00453 | miwdce |
| Dallas Buyers Club, LLC v. Unknown Party | 1:2014-cv-00454 | miwdce |
| Dallas Buyers Club, LLC v. Unknown Party | 1:2014-cv-00455 | miwdce |

| Title of Case | Case No. | Court |
|---|---|---|
| Dallas Buyers Club, LLC v. Unknown Party | 1:2014-cv-00456 | miwdce |
| Dallas Buyers Club, LLC v. Does 1-30 | 2:2014-cv-00382 | ohsdce |
| Dallas Buyers Club, LLC v. Does 1-30 | 2:2014-cv-00384 | ohsdce |
| Dallas Buyers Club, LLC v. Does 1-31 | 2:2014-cv-00385 | ohsdce |
| Dallas Buyers Club, LLC v. Does 1-34 | 2:2014-cv-00386 | ohsdce |
| Dallas Buyers Club, LLC v. Does 1-35 | 2:2014-cv-00387 | ohsdce |
| Dallas Buyers Club, LLC v. Does 1-35 | 2:2014-cv-00388 | ohsdce |
| Dallas Buyers Club, LLC v. Basich, et al., | 2:2014-cv-00389 | ohsdce |
| Dallas Buyers Club, LLC v. Does 1-24 | 2:2014-cv-00571 | ohsdce |
| Dallas Buyers Club, LLC | 4:2014-cv-00248 | txsdce |
| Dallas Buyers Club, LLC | 4:2014-cv-00815 | txsdce |
| Dallas Buyers Club LLC v Does 1-7 | 2:2014-cv-00359 | wiedce |
| Dallas Buyers Club LLC v. Does | 2:2014-cv-00360 | wiedce |
| Dallas Buyers Club LLC v. Does | 2:2014-cv-00841 | wiedce |
| Dallas Buyers Club, LLC v. Does 1-16 | 3:2014-cv-00235 | wiwdce |
| Dallas Buyers Club, LLC v. Does 1 - 20 | 3:2014-cv-00491 | wiwdce |
| Dallas Buyers Club, LLC v. Does 1 - 20 | 3:2014-cv-00492 | wiwdce |
| Dallas Buyers Club, LLC v. Does 1 - 25 | 3:2014-cv-00493 | wiwdce |