1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

DALLAS BUYERS CLUB, LLC,

Plaintiff,

v.

DOES 1-10,

Defendants.

Civil Action No. 2:14-cv-01153

PLAINTIFF'S CORPORATE
DISCLOSURE

Plaintiff Dallas Buyers Club, LLC answers Federal Rules of Civil Procedure 7.1 and

LCR 7.1 questions as follows:

**(1)**    **Does the Plaintiff have a parent corporation or any publicly held corporation
owning more than 10% of its stock?**

No

**(2)**    **Any member or owner in a joint venture or limited liability corporation
(LLC)?**

- Nicolas Chartier, 662 N. Crescent Heights Blvd., Los Angeles, CA 90048

- Joe Newcomb c/o Truth Entertainment LLC, 2170 Buckthorne Place Ste. 400,
The Woodlands, TX 77385

**(3)**    **Any partners in a partnership or limited liability partnership (LLP)**

No

CORPORATE DISCLOSURE - 1

Civil Action No. 2:14-cv-01153

INIP-6-0006P01 CDS

LOWE GRAHAM JONES℠

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**(4)      Any corporate member, if the party is any other unincorporated association, or stating that there is no such corporate member**

No

RESPECTFULLY SUBMITTED this 1st day of August, 2014.

s/David A. Lowe, WSBA No. 24,453
 Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Plaintiff Dallas Buyers Club, LLC

CORPORATE DISCLOSURE - 2

Civil Action No. 2:14-cv-01153

INIP-6-0006P01 CDS

LOWE GRAHAM JONES <sub>PLLC</sub>

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301