1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>DOES 1-10,<br><br>    Defendants. | Case No. C14-1153RAJ<br><br>ORDER GRANTING EXPEDITED DISCOVERY |

  This matter comes before the court on Plaintiff's Ex Parte Motion for Expedited Discovery. Dkt. # 4. Because Plaintiff cannot identify the Doe defendants without discovery from internet service providers regarding each Defendant's IP address, the court GRANTS Plaintiff's motion.

  Plaintiff may initiate discovery, including the issuance of subpoenas under Fed. R. Civ. P. 45, on Internet service providers ("ISP") seeking information sufficient to identify each Doe Defendant, including his or her name, telephone number, address, email address, and Media Access Control address (if available). An ISP who Plaintiff serves with a subpoena authorized by this Order shall give written notice, which includes email notice, and a copy of the subpoena to any affected subscriber(s) as soon as possible after service of the subpoena. The ISP and/or any affected subscriber(s) shall have thirty (30) days from the date of service of the subpoena on

ORDER GRANTING EXPEDITED DISCOVERY - 1
Civil Action No. 2:14-cv-01153RAJ

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

the ISP to object to the subpoena pursuant to Fed. R. Civ. P. 45(d)(2)(B).  The ISP shall not disclose Defendants' identifying information during the 30-day period or if a timely objection is served unless and until the Court orders it to do so.  If anyone objects, the ISP shall preserve any material responsive to the subpoena for a period of six months in order to allow Plaintiff to move for an order compelling production under Fed. R. Civ. P. 45(d)(2)(B)(i).  If no one objects, the ISP shall comply with the subpoena within ten (10) days.

  Plaintiff shall provide a copy of this Order with each subpoena it issues.

DATED this 18th day of August, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER GRANTING EXPEDITED DISCOVERY - 2
Civil Action No. 2:14-cv-01153RAJ

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301