Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>DOES 1-10,<br><br>                    Defendants. | Civil Action No. 2:14-cv-1153<br><br>STIPULATED PERMANENT INJUNCTION AND DISMISSAL OF DOE 1<br><br>NOTE ON MOTION CALENDAR:<br>October 30, 2014 |

As attested to by the signatures below, this matter comes before the Court on the parties' joint stipulation. On August 28, 2014, Plaintiff Dallas Buyers Club, LLC filed this action against various Doe defendants in the United States District Court for the Western District of Washington, Case No. 2:14-cv-1153, for copyright infringement, 17 U.S.C. §§ 101, et seq. (Dkt. No. 1), resulting from the illegal copying and distribution of Plaintiff's motion picture entitled *Dallas Buyers Club*, registered with the United States Copyright Office, Registration No. PA 1-873-195.

Defendant was identified as Doe 1 in the complaint by the Internet Protocol address of 50.135.70.80 on May 31, 2014 at 07:29:39 AM ("Defendant" herein refers solely to Doe 1). Defendant has since been identified by name and address to Plaintiff's counsel, but wishes to remain anonymous in this case. Accordingly, pursuant to a Confidential Settlement Agreement between the parties whereby Defendant expressly agreed to the terms of this stipulation and authorized Defendant's

STIPULATED PERMANENT INJUNCTION - 1
Civil Action No. 2:14-cv-1336
INIP-6-0006SPI - Doe 1

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

attorneys to enter into it on behalf of their client, Plaintiff has agreed to maintain the identity of Defendant confidential, unless disclosure is otherwise required by law.

To fully and finally resolve all claims between the parties and the matters before the Court, the parties have reached a settlement whereby Defendant agrees without admission of fault or liability to entry of this stipulation, and the parties to dismissal with prejudice of Plaintiff's claims pursuant to the terms of the Confidential Settlement Agreement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties, as follows:

1.      This Court has jurisdiction over the parties and venue is proper.

2.      Plaintiff has valid and enforceable rights in the original copyrighted work *Dallas Buyers Club*, registered with the United States Copyright Office under Registration No. PA 1-873-195

3.      Defendant used the Internet Protocol address 50.135.70.80 on May 31, 2014 at 07:29:39 AM and, as such, is a proper named defendant in this action.

4.      Defendant does not dispute the accuracy of the factual allegations in Plaintiff's complaint that give rise to Plaintiff's claim for copyright infringement, but denies any fault or liability related thereto.

5.      Defendant is PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in its motion picture, including without limitation by using the Internet to reproduce or copy Plaintiff's motion picture, to distribute Plaintiff's motion picture, or to make Plaintiff's motion picture available for distribution to the public, except pursuant to a lawful written license from Plaintiff.

6.      To the extent that any such material exists, Defendant is directed to destroy all unauthorized copies of Plaintiff's motion picture in Defendant's possession or subject to Defendant's control.

LOWE GRAHAM JONES ᴾᴸᴸᶜ

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

7.      This case is dismissed with prejudice claims pursuant to the terms of the parties' Confidential Settlement Agreement.

DATED this _____ day of _____, 2014.

_____
Honorable Richard A. Jones

RESPECTFULLY SUBMITTED this 30th day of October, 2014.

s/ David A. Lowe, WSBA No. 24,453
    Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

s/Jennifer L. Neeleman, WSBA No. 37,374
    jneeleman@expresslaw.com
NEELEMAN LAW GROUP
1904 Wetmore Avenue, Suite 200
Everett, WA 98201
T: 425.212.4800
F: 425.212.4802

*Attorneys for Defendant*

STIPULATED PERMANENT INJUNCTION - 3
Civil Action No. 2:14-cv-1153
INIP-6-0006SPI - Doe 1

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301