John Crosetto, WSBA #36667                           Honorable Hon. Richard A. Jones
Garvey Schubert Barer
Eighteenth Floor
1191 Second Avenue
Seattle, Washington 98101-2939
(206) 464-3939

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

v.

DOES 1-10,

    Defendants.

NO. 2:14-cv-01153-RAJ

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that John B. Crosetto of Garvey Schubert Barer appears in the above-entitled action as attorney of record for DOE 4 with IP Address of 67.170.91.211. Please serve all further papers and pleadings, except original process to the undersigned at the following address.

    John B. Crosetto
    Garvey Schubert Barer
    1191 Second Avenue, Suite 1800
    Seattle, WA  98101

DATED this 31st day of October, 2014.

GARVEY SCHUBERT BARER

By /s/John Crosetto
John Crosetto, WSBA #36667

NOTICE OF APPEARANCE OF DOE 4 - 1

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington  98101-2939
206 464 3939

SEA_DOCS:1166130.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I caused to be electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which causes parties who are registered ECF participants to be served by electronic means.

Dated this 31st day of October, 2014, at Seattle, Washington.

GARVEY SCHUBERT BARER


By /s/John Crosetto
John Crosetto

NOTICE OF APPEARANCE OF DOE 4 - 2

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

SEA_DOCS:1166130.1