HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALLAS BUYERS CLUB, LLC,

    Plaintiff,

    v.

JOHN DOES 1 THROUGH 10,

    Defendants.

CASE NO. C14-1153RAJ

ORDER

    This matter comes before the court on the motion of Defendant John Doe 2 to quash a subpoena that Plaintiff issued to Comcast. John Doe 2 is one of ten Defendants who Plaintiff has accused of infringing its copyright in the motion picture *Dallas Buyers Club* by unlawfully copying or distributing the film using peer-to-peer file sharing networks.

    John Doe 2 claims that the subpoena seeks "personally identifiable information." There is, of course, no prohibition on seeking personally identifiable information, and John Doe 2 offers no argument that the information Plaintiff seeks is not relevant to its claims. The court notes, moreover, that party seeking to quash a subpoena is well advised to include a copy of the subpoena with his motion to quash. The court has no idea what "personally identifiable information" Plaintiff has requested from Comcast.

    Plaintiff also contends that the court should either quash the subpoena or delay its execution because Plaintiff improperly joined its claims against the ten John Doe defendants in this action. Improper joinder is not a basis to quash a subpoena. John Doe

ORDER – 1

2 offers no reason at all that the subpoena (which the court has not seen) is objectionable because it seeks information about other Defendants in addition to him.  If John Doe 2 is concerned about allegedly improper joinder, he ought to file a motion to sever, invoking Federal Rule of Civil Procedure 20.

John Doe 2 has not articulated any basis to quash the subpoena.  The court DENIES his motion.  Dkt. # 9.

DATED this 6th day of November, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2