AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-CV-1153-RAJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Anthony Reale, as named defendant__
was received by me on *(date)* __11/26/2014__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* __11/30/2014__ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __"John Doe" refused name, strongly believed to be the defendant__ , a person of suitable age and discretion who resides there,
on *(date)* __11/30/2014__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: This defendant has proven to be evasive. The defendant's full name is listed on the building call box for Apt #122. The subject was served without a physical Barrier. Served at 14170 NE 183rd St, Apt 122, Woodinville, WA 98072

My fees are $ __20.00__ for travel and $ __40.00__ for services, for a total of $ __60.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/01/2014__

*Server's signature*

Timofey A. Samoylenko-King County Reg. #1317869
*Printed name and title*

Sting Ray Legal Services, Inc.
17720 151st Ave SE, Unit C
Renton, WA 98058
*Server's address*

Additional information regarding attempted service, etc:
Served at address enumerated above.

Also served Complaint for Copyright Infringement.

Served at: 9:38pm

Description of person served: 40, light brown skin, male, 5'10", 195 pounds, black hair