The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DALLAS BUYERS CLUB, LLC, | ) | No. 2:14-cv-1153 RAJ |
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE OF BENJAMIN JUSTUS |
| v. | ) ) | |
| TYLER MADSEN, an individual; NATALIY A MOSEICHUK, an individual; ANTHONY REALE, an individual; OTTO JORGENSON, an individual; JAN STA WN, an individual; GREGORY SNIDER, an individual; SCOTT VANWYK, an individual; and DOE2, | ) ) ) ) ) ) | |
| Defendants. | | |

TO:      CLERK OF COURT

Please take notice that Benjamin Justus hereby appears as attorney of record for Defendant Scott Vanwyk in the above captioned action. This appearance is made without waiving any objections or defenses, including but not limited to improper service, lack of jurisdiction, or statute of limitations.

NOTICE OF APPEARANCE - 1

No. 2:14-cv-1153 RAJ

1  Please serve all further pleadings and papers, exclusive of original service of process, on

2  Benjamin Justus as follows:

 Benjamin Justus
 Lybeck Pedreira & Justus, PLLC
 Fifth Floor Chase Bank Building
 7900 SE 28th Street
 Mercer Island, WA 98040
 206-230-4255
 ben@lpjustus.com

Dated: December 3, 2014

By: */s/ Benjamin Justus*
Benjamin Justus (#38855)
Attorneys for Defendant Scott Vanwyk
LYBECK PEDREIRA & JUSTUS PLLC
Chase Bank Building
7900 SE 28th St., Fifth Floor
Mercer Island, WA 98040
206.230.4255 /ph; 206.230.7791 /fax
ben@lpjustus.com / email Justus

NOTICE OF APPEARANCE  - 2

No. 2:14-cv-1153 RAJ

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the United States District Court for the Western District of Washington by using the CM/ECF system, which will cause service to be issued upon all parties of record whom are participants in the system.

Respectfully submitted this __3rd__ day of December, 2014.

*/s/ Margaret K. Sheridan*
Margaret K. Sheridan

NOTICE OF APPEARANCE  - 3

No. 2:14-cv-1153 RAJ

Lybeck Pedreira & Justus PLLC
Chase Bank Building
7900 SE 28th Street, Fifth Floor
Mercer Island, WA  98040
206-230-4255  Fax 206-230-7791