Nataliya Moseichuk
15020 226th Ave. SE
Monroe, WA 98272

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, <br>    Plaintiff <br> vs. <br><br> NATALIYA MOSEICHUK, <br>    Defendant, | ) Civil Action No. 14-cv-1153RAJ <br> ) <br> ) <br> ) <br> ) ANSWER <br> ) <br> ) <br> ) <br> ) |

  COMES NOW the Defendant Nataliya Moseichuk in answering the allegations of the Complaint on file herein, affirms, denies and alleges as follows:

1. Admitted that Plaintiff is a developer of the motion picture *Dallas Buyers Club*. Denied that defendant copied or distributed said motion picture.
2. Denied. Did not commit copyright infringement.
3. Lack enough information to respond to Plaintiff's allegations.
4. Lack enough information to respond to Plaintiff's allegations. Denied that defendant distributed copyrighted works.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Denied. Did not participate in copying or distributing Plaintiff's motion picture.
11. Admitted in part. Comcast provided Plaintiff with IP addresses, but that does not prove that the defendant was responsible for copying or distributing any copyrighted works.
12. Denied.
13. Denied.
14. Denied.
15. Lack enough information to respond to Plaintiff's allegations.
16. Lack enough information to respond to Plaintiff's allegations.
17. Lack enough information to respond to Plaintiff's allegations.
18. Lack enough information to respond to Plaintiff's allegations.
19. Denied. Did not copy or distribute copyrighted works.
20. Lack enough information to respond to Plaintiff's allegations.
21. Lack enough information to respond to Plaintiff's allegations.

22. Lack enough information to respond to Plaintiff's allegations.
23. Lack enough information to respond to Plaintiff's allegations.
24. Lack enough information to respond to Plaintiff's allegations.
25. Lack enough information to respond to Plaintiff's allegations.
26. Lack enough information to respond to Plaintiff's allegations.
27. Lack enough information to respond to Plaintiff's allegations.
28. Denied.
29. Lack enough information to respond to Plaintiff's allegations.
30. Lack enough information to respond to Plaintiff's allegations.
31. Denied.
32. Denied.
33. Lack enough information to respond to Plaintiff's allegations.
34. Lack enough information to respond to Plaintiff's allegations.
35. Lack enough information to respond to Plaintiff's allegations.
36. Denied.
37. Denied.
38. Lack enough information to respond to Plaintiff's allegations.
39. Defendant realleges the substance of the prior paragraphs.
40. Admitted.
41. Admitted.
42. Denied.
43. Denied.
44. Denied.
45. Denied.
46. Denied.
47. Denied.
48. Denied.
49. Denied.

WHEREFORE, Defendant prays that the Plaintiff take nothing and that the case be dismissed.

Dated this 12th day of December, 2014

*(signature)*

Nataliya Moseichuk
15020 226th Ave. SE
Monroe, WA 98272

Defendant

```
____ FILED        ____ ENTERED
____ LODGED       ____ RECEIVED

           DEC 15 2014         ST
              AT SEATTLE
         CLERK U.S. DISTRICT COURT
BY    WESTERN DISTRICT OF WASHINGTON
                                DEPUTY
```

| UNITED STATES DISTRICT COURT |
| WESTERN DISTRICT OF WASHINGTON |

NO. 14-cv-1153RAJ

DALLAS BUYERS CLUB, LLC   Plaintiff,
vs.

**CERTIFICATE OF SERVICE**

NATALIYA MOSEICHUK   Defendant.

**I DECLARE** that I am not the plaintiff, defendant or a witness, and:

PERSONAL SERVICE

I served the Notice by delivering a true copy to the <u>Plaintiff personally</u> in _____ County, State of Washington, as follows:

**Name of Plaintiff**         **Address Where Served**         **Date of Service**

_____         _____         _____

SUBSTITUTE SERVICE

I served the Notice by delivering a true copy to the Plaintiff's <u>usual place of abode</u> in _King_ County, State of Washington, and leaving it with a person over 12 years of age residing there, as follows:

**Name of Plaintiff**     **Address Where Delivered**     **Name of Person Receiving Copy**     **Date of Service**

Dallas Buyers Club LLC.   701 5th Ave St. 4800 Seattle WA, 98104   David A. Lowe   12/15/14

I, the undersigned, declare under penalty of perjury that the foregoing is true and correct and that I was at the time of service of the above notice(s) a resident of the State of Washington over the age of 18 years <u>and not a party to the above numbered claim.</u>

DATED: 12/15/14          _____Igor Podgorny_____
                          Signature of Server

Server's Phone No. (206) 859-8807   701 122nd Ave Ne Apt. 305 Bellevue WA, 98005
                                    Address of Server