Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TYLER MADSEN et al.,<br><br>　　　　Defendants. | Civil Action No. 14-cv-1153<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE OF OTTO JORGENSON |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a July 21, 2015 Confidential Settlement Agreement wherein Defendant Otto Jorgenson agreed to (a) cease directly, contributorily or indirectly infringing DBC's rights in its valid and enforceable copyrighted work *Dallas Buyers Club*, Copyright Registration No. PA 1-873-195, including without limitation by using the Internet to reproduce, copy, distribute or to make the motion picture available for distribution to the public, except pursuant to a lawful written license from DBC; and (b) destroy all unauthorized copies or parts thereof of *Dallas Buyers Club* in its possession or subject to Defendant's control, including without limitation any downloaded onto any computer hard drive or server or otherwise saved onto any physical medium or device, without DBC's authorization, Plaintiff Dallas Buyers Club, LLC and Defendant, by and through their authorized attorneys below, stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice and with each side bearing its own fees and costs.

STIPULATION OF DISMISSAL OF OTTO
JORGENSON - 1
Civil Action No. 14-cv-1153
INIP-6-0006P16 SDMISS- Doe 6

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453 | S /Stephanie L. Beach, WSBA No. 47,017 |
| Lowe@LoweGrahamJones.com | sbeach@VanSiden.com |
| LOWE GRAHAM JONES<sup>PLLC</sup> | VAN SICLEN STOCKS & FIRKINS |
| 701 Fifth Avenue, Suite 4800 | 721 45th St. NE |
| Seattle, WA 98104 | Auburn, WA 98002 |
| T: 206.381.3300 | T: 253.859.8899 |
| F: 206.381.3301 | F: 254.859.8917 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

STIPULATION OF DISMISSAL OF OTTO
JORGENSON - 2

Civil Action No. 14-cv-1153

INIP-6-0006P16 SDMISS- Doe 6



LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301