Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>TYLER MADSEN, an individual; and IAN STRAWN, an individual;<br><br>Defendants. | Civil Action No. 14-CV-1153RAJ<br><br>JOINT STATUS REPORT AND DISCOVERY PLAN |

This Status Report and Discovery Plan is filed by Plaintiff and Defendant Ian Strawn through their respective counsel in response to the Court's June 30, 2015 Order.

1. **Statement of the Nature and Complexity of the Case**

Plaintiff alleges copyright infringement of its copyrighted motion picture through the BitTorrent file sharing protocol. Defendant has denied liability for the claims and has asserted affirmative defenses and a counterclaim. Plaintiff denies Defendant's affirmative defenses.

2. **Deadline for Joining Additional Parties**

The parties propose that additional parties be joined by November 16, 2015.

3. **Referral to Magistrate Judge**

The parties do not consent to a referral of this matter to a full-time magistrate judge.

DBC'S INITIAL DISCLOSURES - 1
Civil Action No. 14-cv-1153RAJ
INIP-6-0006P18JSR

LOWE GRAHAM JONES℠
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**4.     Proposed Discovery Plan**

The parties suggest the following discovery plan:

**(A)     FRCP 26(a) Initial Disclosures**

Initial disclosures were exchanged on July 28, 2015.

**(B)     Subjects, Timing and Potential Phasing of Discovery**

Without waiving any objections to the relevance or admissibility of information and documents implicated by the description of topics, the parties believe that the subject matter of their discovery may include the following:

- Copyright application and registration materials
- Correspondence and other documents relating to communications between the parties
- Computer hardware and router used with IP address
- Plaintiff's investigative technologies, methods and records
- Claims asserted and defenses raised by the parties
- Damages

The parties do not believe that discovery should be conducted in phases or be limited to or focused upon particular issues.

**(C)     Electronically stored information**

The parties believe that discovery will implicate the exchange of electronically stored information.

**(D)     Privilege issues**

The parties believe that privilege logs should be exchanged for any claimed privileged material that existed prior to commencement of the lawsuit. The parties do not believe that privilege logs should be exchanged for any claimed privilege materials created after commencement of the lawsuit, except that in the event Plaintiff claims that communications with or materials prepared by its investigator are privileged, Defendant requests that it understand the

DBC'S INITIAL DISCLOSURES - 2
Civil Action No. 14-cv-1153RAJ
INIP-6-0006P18JSR

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

nature of the communications or materials claimed to be privileged sufficient to allow Defendant to object to such claim of privilege.

**(E)    Proposed limitations on discovery**

The parties do not believe that any changes should be made to the limitations on discovery imposed under the Federal and Local Civil Rules, or that any other limitations should be imposed.

**(F)    Discovery related orders**

The parties believe that a Protective Order under FRCP 26(c) or comparable agreement may be required to limit the disclosure of confidential, commercially sensitive information and documents such as financial and customer records.

The parties are not presently aware of any other orders that should be entered by the Court under FRCP 26(c) or under Local Rule CR 16(b) and (c).

**5.    Local Rule 26(f)(1) issues**

The parties offer the following statements regarding Rule 26(f)(1):

**(A)    Prompt case resolution**

The parties propose to undertake ADR as soon as mutually agreeable ADR can be scheduled.

**(B)    Alternative dispute resolution**

The parties believe that mediation is the preferred ADR method.

**(C)    Related cases**

Plaintiff is not aware of any related cases, apart from what has been previously noted in the pleadings of record. Defendant is aware that plaintiff has filed many substantially similar cases in this Court and other U.S. Courts. Some of the judgments, orders and findings made in these cases may be related to this case.

DBC'S INITIAL DISCLOSURES - 3
Civil Action No. 14-cv-1153RAJ
INIP-6-0006P18JSR

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**(D)     Discovery management**

The parties will work together to minimize discovery disputes. Parties have agreed to service via email, with response dates extended by three days per FRCP 6. The agreement on email service provides an alternative acceptable form of service in addition to the other traditional forms of service (e.g., mail, hand delivery) that are provided for under the Rules. Should any email with attachments exceed 10 MB in size, the Parties have agreed to either (a) divide the attachments into separate emails of no more than 10 MB each, or (b) serve using one of the other traditional forms of service.

**(E)     Anticipated discovery sought**

See 4(B) above.

**(F)     Phasing motions**

The parties do not anticipate any phasing motions.

**(G)     Preservation of discoverable information**

Parties have taken steps to preserve relevant information and documents.

**(H)     Privilege issues**

See 4(D) above. Also, the parties agree to follow FRE 502 regarding inadvertent production.

**(I)     Model Protocol for Discovery of ESI**

The parties believe at this stage that only modest, targeted requests may be required for certain email. The parties agree to adopt the Model Protocol.

**(J)     Alternative to Model Protocol**

The parties offer no alternative to the Model Protocol because the parties accept the Model Protocol.

**6.     Date for Completion of Discovery**

The parties believe that fact discovery can be completed by January 29, 2015.

DBC'S INITIAL DISCLOSURES - 4
Civil Action No. 14-cv-1153RAJ
INIP-6-0006P18JSR

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

7.  **Bifurcation**

The parties see no need to bifurcate any issues.

8.  **Pre-Trial Statements and Pre-Trial Order**

The parties have no specified changes to the local rules.

9.  **Individualized Trial Program in LR 39.1 or 39.2**

The parties decline the Individualized Trial Program.

10. **Suggestions for Shortening or Simplifying the Case**

The parties agree to proceed in good faith and to meet and confer as necessary.

11. **Date Ready for Trial**

The parties believe that this matter should be ready for trial by April 18, 2016.

12. **Trial by Jury**

A jury trial has been requested.

13. **Number of Trial Days Required**

The parties anticipate that trial of this matter will require 2-3 court days.

14. **Names, Addresses and Telephone Numbers of Trial Counsel**

Plaintiff:   David A. Lowe, WSBA No. 24453
             Lowe@LoweGrahamJones.com
             LOWE GRAHAM JONES PLLC
             701 Fifth Avenue, Suite 4800
             Seattle, Washington 98104
             T: 206.381.3300
             F: 206.381.3301

Defendant:   Benjamin Justus, WSBA No. 38,855
             brj@lybeckmurphy.com
             LYBECK PEDREIRA & JUSTUS PLLC
             7900 SE 28th St., Fifth Floor
             Mercer Island, WA 98040
             T: 206.230.4255
             F: 206.230.7791

DBC'S INITIAL DISCLOSURES - 5
Civil Action No. 14-cv-1153RAJ
INIP-6-0006P18JSR

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

### 15. Complications for trial counsel

Counsel is presently unaware of any complications.

### 16. Service of all Parties

Service has been accomplished for all named parties.

### 17. Scheduling Conference

The parties do not believe that a scheduling conference is required.

### 18. Fed. R. Civ. P. 7.1 and LR 7.1 disclosures

Plaintiff filed its Fed. R. Civ. P. 7.1 and LR 7.1 disclosure August 1, 2014.

### 19. Judiciary's Pilot Project on Cameras

Plaintiff declines participation.  Defendant has no objection to participation.

DATED this 31st day of July, 2015.

| | |
|---|---|
| s/ David A. Lowe, WSBA No. 24,453 | s/ Benjamin Justus, WSBA No. 38,855 |
| Lowe@LoweGrahamJones.com | brj@lybeckmurphy.com |
| LOWE GRAHAM JONES PLLC | LYBECK PEDREIRA & JUSTUS PLLC |
| 701 Fifth Avenue, Suite 4800 | 7900 SE 28th St., Fifth Floor |
| Seattle, WA 98104 | Mercer Island, WA 98040 |
| T: 206.381.3300 | T: 206.230.4255 |
| F: 206.381.3301 | F: 206.230.7791 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

DBC'S INITIAL DISCLOSURES - 6
Civil Action No. 14-cv-1153RAJ
INIP-6-0006P18JSR

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301