# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DALLAS BUYERS CLUB, LLC,

      Plaintiff,

      v.

TYLER MADSEN, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:  C14-1153-RAJ

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

For the reasons stated in its Order, the Court awards Plaintiff a judgment against Defendant Tyler Madsen in the amount of $3,019.80, reflecting $750 in statutory damages, $2,099.80 in reasonable attorneys' fees, and $170 in costs.

This judgment further incorporates the permanent injunction set forth in the Court's Order.

Dated this 2nd day of November, 2015.

                      WILLIAM M. MCCOOL
                      Clerk of the Court

              /s     RHONDA STILES
                      Deputy Clerk